**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     *Respondent/Plaintiff*, | ) | |
| | ) | |
| vs. | ) | **CIV-09-430-JHP** |
| | ) | **(Case No. CR-08-027-JHP)** |
| ROBERT CHARLES HOGAN, | ) | |
| | ) | |
|     *Petitioner/Defendant*. | ) | |

# JUDGMENT

In accordance with the order denying Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255, the Court hereby enters judgment in favor of the Government and against the Petitioner.

**IT IS SO ORDERED** this 23rd day of June, 2010.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma